# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| WILLIAM FENECH, JONATHAN HELMUTH, PINBALL RUN FILM, LLC, JENNIFER SHENK, JEFFREY SHENK, KENT OYER, and MX GUARDIAN, LLC,<br><br>       Plaintiffs,<br><br>vs.<br><br>KRISTINA HOGAN, THE ESTATE OF BRANDON KEITH HOGAN, PARADOX FILM GROUP, LLC, FAST JET DISTRIBUTION LLC, and RED DEVIL SKYMASTER LLC,<br><br>       Defendants. | No. CV 21-59-H-SEH<br><br>**ORDER** |

On November 19, 2021, Shane P. Coleman of Holland & Hart LLP, Billings, Montana, moved for admission of Jaime B. Wisegarver, Esq. ("Wisegarver") of Hirschler Fleischer, P.C., to appear as *pro hac vice* counsel for Defendant Kristina Hogan with Shane P. Coleman to act as local counsel. Wisegarver's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiff's Motion for Admission Pro Hac Vice of Jaime B. Wisegarver[1] is GRANTED on the following conditions:

1. Local counsel must serve as lead counsel or as co-lead counsel with Wisegarver;

2. Wisegarver must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel in the acknowledgment and acceptance of her admission required below, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all pleadings, motions and briefs and other documents served or filed;

4. Admission is personal to Wisegarver as *pro hac vice* counsel for Defendant Kristina Hogan. It is not an admission of Hirschler Fleischer, P.C. law firm, nor is it an admission of Wisegarver as *pro hac vice* counsel for any party other than for Defendant Kristina Hogan in this case.

---

[1] Doc. 14.

-2-

FURTHER ORDERED:

This Order will be withdrawn unless Wisegarver, within 15 days from the date of this Order, files an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 29th day of November, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge